UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

■ Original Plan

☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Green, Jesse          JOINT DEBTOR: Green, Sharon Alvenia          CASE NO.: 19-25012-EPK

SS#: xxx-xx- 0209          SS#: xxx-xx- 2001

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ☐ | ■ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $3,559.76 for months 1 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $5589.00 | Total Paid: | $0.00 | Balance Due: | $5589.00 |
|---|---|---|---|---|---|
| Payable | $931.50 | /month (Months | 1 | to | 6 ) |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4,500.00 + $525.00 (M2 Value Personal Property) + $525.00 (M2 Set Interest Rate) + $39.00 (Costs) = $5,589.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Mr. Cooper

| Address: P.O. Box 619094 Dallas, TX, 75261 | Arrearage/ Payoff on Petition Date | $9,918.56 | | |
|---|---|---|---|---|
| | Regular Payment (Maintain) | $2,006.94 | /month (Months 1 to 60 ) |
| Last 4 Digits of Account No.: 6752 | Arrears Payment (Cure) | $10.00 | /month (Months 1 to 6 ) |
| | Arrears Payment (Cure) | $182.57 | /month (Months 7 to 60 ) |

Other: The Payments to Saint Lucie County Tax Collectors is part of the escrow payments.

■ Real Property  
    ☐ Principal Residence  
    ☐ Other Real Property  

Check one below for Real Property:  
    ■ Escrow is included in the regular payments  
    ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly  

Address of Collateral:  
2637 SW Monterrey Ln  
Port Saint Lucie, FL, 34953  

☐ Personal Property/Vehicle  
Description of Collateral:  

---

**2. Creditor:** Global Lending Services LLC  
    Address: Attn: Bankruptcy  
    Po Box 10437  
    Greenville, SC, 29603  

Arrearage/ Payoff on Petition Date: $38,136.00 (includes 6.75% APR)  
Payoff (Including 6.75% monthly interest) $143.85 /month (Months 1 to 6)  
Payoff (Including 6.75% monthly interest) $690.24 /month (Months 7 to 60)  

Last 4 Digits of Account No.: 8852  
Other:  

☐ Real Property  
    ☐ Principal Residence  
    ☐ Other Real Property  

Check one below for Real Property:  
    ☐ Escrow is included in the regular payments  
    ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly  

Address of Collateral:  

■ Personal Property/Vehicle  
Description of Collateral: 2014 Porsche Cayenne Platinum Diesel 4D SUV  
VIN No: WP1AF2A25ELA28682  

---

**B. VALUATION OF COLLATERAL:** ☐ NONE  

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.  

**1. REAL PROPERTY:** ■ NONE  

**2. VEHICLES(S):** ☐ NONE  

---

**1. Creditor:** BMW Financial Services  
Address: Attn: Bankruptcy Department  
Po Box 3608  
Dublin, OH, 43016  

Last 4 Digits of Account No.: 5102  
VIN: WBAXG5C52DDY34605  
Description of Collateral:  
2013 BMW 5-Series 528i 4D Sedan  

Value of Collateral: $9,225.00  
Amount of Creditor's Lien: $16,737.00  
Interest Rate: 6.75%  

**Payment**  
Total paid in plan: $10,894.80  

$143.85 /month (Months 1 to 6)  
$185.78 /month (Months 7 to 60)  

Check one below:  
■ Claim incurred 910 days or more pre-petition  
☐ Claim incurred less than 910 days pre-petition  

**3. PERSONAL PROPERTY:** ■ NONE

Debtor(s): Green, Jesse, Green, Sharon Alvenia    Case number: 19-25012-EPK

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | St. Lucie County Tax Collector | N/A | Homestead Property Located At:<br>2637 SW Monterrey Ln<br>Port Saint Lucie, FL, 34953 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

  B. **INTERNAL REVENUE SERVICE:** ☒ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

  D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay ____$170.61____ /month (Months _7_ to _60_ )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ☒ NONE

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ | Debtor | December 4, 2019 | /s/ | Joint Debtor | December 4, 2019 |
|---|---|---|---|---|---|
| Green, Jesse | | Date | Green, Sharon Alvenia | | Date |

/s/ Brian J. Cohen, Esq.        December 4, 2019
Attorney with permission to sign on                Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**